LESLEY E. WEAVER (State Bar Number 191305)
lweaver@blockesq.com
BLOCK & LEVITON LLP
492 9th Street, Suite 260
Oakland, CA 94607
(415) 968-8999
(617) 507-6020

Attorney for Plaintiff
HARVEY WEISMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JOHNSON, DERIVATIVELY AND ON BEHALF OF ARROWHEAD RESEARCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER R. ANZALONE, BRUCE GIVEN, DOUGLASS GIVEN, EDWARD W. FRYKMAN, MAURO FERRARI, CHARLES P. MCKENNEY, AND MICHAEL S. PERRY,<br><br>Defendants.<br><br>and,<br><br>ARROWHEAD RESEARCH CORPORATION,<br><br>Nominal Defendant. | Case No. 2:15-cv-00446-ODW-PLA<br><br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3.1** |

1
NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3.1

| | |
|---|---|
| HARVEY WEISMAN, | Case No. 2:14-cv-08982-CBM-AS |
| Plaintiff, | |
| v. | |
| CHRISTOPHER R. ANZALONE, DOUGLASS GIVEN, EDWARD W. FRYKMAN, MAURO FERRARI, CHARLES P. MCKENNEY, AND MICHAEL S. PERRY, | |
| Defendants. | |
| and, | |
| ARROWHEAD RESEARCH CORPORATION, a Delaware corporation | |
| Nominal Defendant. | |
| LINDSAY BACKUS, an individual | Case No. 2:14-cv-09247-CBM-AS |
| Plaintiff, | |
| v. | |
| CHRISTOPHER R. ANZALONE, an individual; DOUGLAS GIVEN, an individual; MAURO FERRARI; an individual; EDWARD W. FRYKMAN, an individual; DAVID LEWIS, an individual; CHARLES P. MCKENNEY, an individual; KENNETH A. MYSZKOWSKI, an individual; MICHAEL S. PERRY, an individual; and BRUCE GIVEN, an individual, | |
| Defendants. | |
| and, | |
| ARROWHEAD RESEARCH CORPORATION, a Delaware corporation | |
| Nominal Defendant. | |

TO THE COURT AND TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following additional actions are pending before this Court which, pursuant to Rule 83-1.3.1 of the Local Rules of the United States District Court of the Central District of California, are related to this action:

*Harvey Weisman v. Christopher R. Anzalone, et al.*, Case No. 2:14-cv-08982 (the "*Weisman* action"); and

*Bernstein v. Anzalone, et al.*, Case No. 2:14-cv-09247 (the "*Bernstein* action")

The *Weisman* action, filed on November 20, 2014, is currently pending before Judge Consuelo B. Marshall.  The *Bernstein* action was filed on December 2, 2014.  The *Weisman* action involves nearly identical events, factual allegations, causes of action, and defendants as the *Bernstein* action and this instant action, which was filed on January 22, 2015.  On December 9, 2014, the *Weisman* action was stayed pending the resolution of motions to dismiss in related actions. See Docket #12.

Dated:      May 29, 2015

                                        BLOCK & LEVITON LLP

                                        *Lesley E. Weaver*
                                        Lesley E. Weaver

                                        Attorney for Plaintiff Harvey Weisman