UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JOHNSON, DERIVATIVELY AND ON BEHALF OF ARROWHEAD RESEARCH CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>CHRISTOPHER R. ANZALONE, BRUCE GIVEN, DOUGLAS GIVEN, EDWARD W. FRYKMAN, MAURO FERRARI, CHARLES P. MCKENNEY, MICHAEL S. PERRY,<br><br>     Defendants,<br><br>     and<br><br>ARROWHEAD RESEARCH CORPORATION,<br><br>         Nominal Defendant. | Case No: 2:15-cv-00446-CBM-ASx<br><br>ORDER OF DISMISSAL [JS-6] |

Pursuant to the Stipulation of Voluntary Dismiss Without Prejudice, which has been submitted by the parties, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The above-captioned action shall be dismissed without prejudice; and
2. Plaintiff and Defendants will bear their own fees and costs.

Dated: October 3, 2016

_____
Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

– 1 –
ORDER OF DISMISSAL